UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| GS HOLISTIC, LLC, | No. 2:23-cv-02498 WBS AC |
| Plaintiff, | |
| v. | ORDER[1] |
| ABDULRAHMAN ALHOLALE d/b/a ALL STAR SMOKE SHOP & MORE, and ABDULRAHMAN ALHOLALE, | |
| Defendants. | |

----oo0oo----

Upon consideration of plaintiff's motion (Docket No. 5), it appears therefrom that plaintiff's process server has been unable to serve defendants thus far and is now taking further steps to complete service.

Good cause appearing, IT IS HEREBY ORDERED that plaintiff's motion for extension of time to perfect service upon defendants (Docket No. 5) be, and the same hereby is, GRANTED.

---

[1] This matter was taken under submission without oral argument pursuant to Local Rule 230(g).

1

1 | Plaintiff has 60 days from the date of this order to perfect
2 | service upon defendants.
3 | Dated:  February 26, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE